FANNIE S. PETRIE, as Administratrix, etc., Respondent, *v.* THE OGDENSBURGH AND LAKE CHAMPLAIN RAILROAD COMPANY, Appellant.

(Argued October 7, 1886; decided October 26, 1886.)

*Louis Hasbrouck* for appellant.

*Edwin C. James* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MILES B. RIGGS, as administrator, etc., Respondent, *v.* THE AMERICAN HOME MISSIONARY SOCIETY, Appellant.

(Argued October 7, 1886; decided October 26, 1886.)

*Howard Payson Wilds* for appellant.

*H. V. Howland* for respondent.

Agree to affirm on opinion below.
All concur, except RAPALLO and EARL, JJ., dissenting.
Judgment affirmed.

---

JARED WEBSTER, Respondent, *v.* SETH W. NICHOLS, as Executor, etc., Appellant.

(Argued October 8, 1886; decided October 26, 1886.)

*Richard L. Hand* for appellant.

*M. D. Grover* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.